1022

LEE BUMGARNER, *Respondent,* v. RUSAN'S,
INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 79–2–01646–7, Philip J. Thompson,
J., entered January 16, 1980. *Affirmed* by unpublished
opinion per McInturff, C.J., concurred in by Green and
Munson, JJ.

DIVCON, INC., *Respondent,* v. P. K. CONTRACTORS,
INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 79–2–02606–3, Sidney R. Buckley, J.,
entered January 30, 1980. *Affirmed* as to Divcon, Inc., and
*reversed* as to United Pacific Insurance by unpublished
opinion per McInturff, C.J., concurred in by Green and
Munson, JJ.

JACK LANNING, *Appellant,* v. THE DEPARTMENT OF
LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 72598, Yancey Reser, J., entered May
22, 1980. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by Roe, A.C.J., and Green, J.